STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Teddy Paul Sorrells
Jeansonne & Remondet
200 W. Congress St., Ste. 1100
Lafayette LA 70501

Michael J. Remondet, Jr.
Jeansonne & Remondet
P.O Box 91530
Lafayette LA 70509

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 15, 2020

**REHEARING ACTION: July 15, 2020**

**Docket Number: 19   00711-CW consolidated with 753-CA**

**PATRICK WILLIAMS
VERSUS
UNIVERSITY OF LAFAYETTE, ET AL.**

**Writ Application from Lafayette Parish Case No. C-2017-6895**

**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell**
> **Hon. Phyllis M. Keaty**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **The Cajundome Commission** has this day been

> **DENIED**

cc: Robert A. Mahtook, Jr., Counsel for the Respondent
Julie I. Faulk, Counsel for the Respondent
Marc J. Mandich, Counsel for the Respondent
Tracy Peter Curtis, Counsel for the Respondent
Sidney Wallis Degan, III, Counsel for the Applicant
Brian W. Harrell, Counsel for the Applicant
Grant Herrin, Counsel for the Applicant
Travis Louis Bourgeois, Counsel for the Applicant
Jazmine A. Torres, Counsel for the Respondent
Andre Collins Gaudin, Counsel for the Respondent
Scott Owen Gaspard, Counsel for the Respondent